**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MICHALEK, STEVEN B         § Case No. 13-19616
                                  §
                                  §
Debtor(s)                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/29/2014 in Courtroom         , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/22/2014          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MICHALEK, STEVEN B § Case No. 13-19616
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 53,000.00 |
| *and approved disbursements of* | $ 46,075.74 |
| *leaving a balance on hand of* [1] | $ 6,924.26 |
| **Balance on hand:** | $ 6,924.26 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,924.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 4,000.00 | 0.00 | 4,000.00 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 2,350.00 | 0.00 | 2,350.00 |
| Attorney for Trustee, Expenses - Law Offices of William J. Factor | 21.40 | 0.00 | 21.40 |

Total to be paid for chapter 7 administration expenses: $ 6,371.40
Remaining balance: $ 552.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 552.86 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 552.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,086.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,266.67 | 0.00 | 223.34 |
| 3 | Capital One Bank (USA), N.A. | 938.09 | 0.00 | 64.13 |
| 4 | Quantum3 Group LLC as agent for | 1,106.17 | 0.00 | 75.62 |
| 5 | Sterling Jewelers | 2,775.78 | 0.00 | 189.77 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 552.86 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $          0.00
Remaining balance:   $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $          0.00
Remaining balance:   $          0.00

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 13-19616-BWB
Steven B Michalek                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: mflowers | Page 1 of 2 | Date Rcvd: Jul 23, 2014 |
| | Form ID: pdf006 | Total Noticed: 23 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2014.

```
db          +Steven B Michalek,    612 Kingston Drive,    Romeoville, IL 60446-1223
aty         +Jason Schneider,    Law Office of John J. Malm & Associates,    1730 Park Street,    Suite 201,
              Naperville, IL 60563-2689
aty         +William J Factor,    Law Office of William J Factor, Ltd.,    105 W. Madison, Suite 1500,
              Chicago, IL 60602-4602
20458815    +Adventist Bolingbrook Hospital,    500 Remington Drive,    Bolingbrook, IL 60440-4988
20458817   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
20458820     Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
20701213     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
20458821    +Comenity Bank/Gndrmnt,    Po Box 182789,    Columbus, OH 43218-2789
20458822     Comenity/Gander CC,    PO Box 659465,    San Antonio, TX 78265-9465
20458823    +Creditors Discount & A,    415 E Main St,    Streator, IL 61364-2927
20458825    +Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
20458826     Injury Case Funding LLC,    12140 Lackland Rd.,    Saint Louis, MO 63146-4004
20458828     Ocwen Loan Servicing LLC,    PO Box 780,    Waterloo, IA 50704-0780
20525837    +Ocwen Loan Servicing, LLC,    C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
              Chicago, IL 60602-4373
20458829    +Pierce & Associates PC,    One North Dearborn St.,    Suite 1300,    Chicago, IL 60602-4373
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20458818    +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jul 24 2014 00:30:41
              Capital One Auto Finan,    3901 Dallas Pkwy,    Plano, TX 75093-7864
20476379    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 24 2014 00:32:45
              Capital One Auto Finance,    a division of Capital One, N.A.,    P.O. Box 201347,
              Arlington, TX 76006-1347
20458819     E-mail/Text: coafinternalbkteam@capitaloneauto.com Jul 24 2014 00:30:41
              Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
20613294     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2014 00:32:44     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20458824    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2014 00:32:44     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
20458827     E-mail/Text: ebnsterling@weltman.com Jul 24 2014 00:29:23     Kay Jewelers,    P.O. Box 740425,
              Cincinnati, OH 45274-0425
20856031     E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2014 00:29:31
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20981838     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2014 00:33:11     Sterling Jewelers,
              by American InfoSource LP as agent,    Department 223,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20458816   ##+Baker & Miller, P.C.,    29 N. Wacker Drive,    Suite 500,    Chicago, IL 60606-3227
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Jul 23, 2014
                              Form ID: pdf006             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Ocwen Loan Servicing, LLC anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              Patrick A Meszaros    on behalf of Debtor Steven B Michalek patrickmeszaros@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Toni  Dillon    on behalf of Creditor    Ocwen Loan Servicing, LLC tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6
```