# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MICHALEK, STEVEN B                              § Case No. 13-19616
                                                       §
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $119,500.00                     Assets Exempt: $49,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,552.86       Claims Discharged
                                                  Without Payment: $7,533.85

Total Expenses of Administration: $24,447.14

---

3) Total gross receipts of $ 53,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $38,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $23,475.44 | $13,000.00 | $13,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,997.14 | 24,447.14 | 24,447.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,086.71 | 8,086.71 | 552.86 |
| **TOTAL DISBURSEMENTS** | $0.00 | $56,559.29 | $45,533.85 | $38,000.00 |

4) This case was originally filed under Chapter 7 on May 08, 2013. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2014          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Work Related Injury Case against Employer BNSF F | 1129-000 | 53,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$53,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STEVEN MICHALEK | EXEMPTION TO DEBTOR | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Auto Finance | 4210-000 | N/A | 10,475.44 | 0.00 | 0.00 |
|  | INGENIX SUBROGATION SERVICES | 4210-000 | N/A | 13,000.00 | 13,000.00 | 13,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$23,475.44** | **$13,000.00** | **$13,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Law Offices of William J. Factor | 3210-000 | N/A | 2,350.00 | 2,350.00 | 2,350.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 4,550.00 | 4,000.00 | 4,000.00 |
| Law Offices of William J. Factor | 3220-000 | N/A | 21.40 | 21.40 | 21.40 |
| JOHN J. MALM & ASSOCIATES | 3210-600 | N/A | 17,664.90 | 17,664.90 | 17,664.90 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| JOHN J. MALM & ASSOCIATES | 3220-610 | N/A | 299.64 | 299.64 | 299.64 |
| Rabobank, N.A. | 2600-000 | N/A | 58.30 | 58.30 | 58.30 |
| Rabobank, N.A. | 2600-000 | N/A | 12.24 | 12.24 | 12.24 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.66 | 10.66 | 10.66 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $24,997.14 | $24,447.14 | $24,447.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 3,266.67 | 3,266.67 | 223.34 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 938.09 | 938.09 | 64.13 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,106.17 | 1,106.17 | 75.62 |
| 5 | Sterling Jewelers | 7100-000 | N/A | 2,775.78 | 2,775.78 | 189.77 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,086.71 | $8,086.71 | $552.86 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-19616　　　　　　　　　　　　　　　**Trustee:** (330180)　THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** MICHALEK, STEVEN B　　　　　　　　　　　**Filed (f) or Converted (c):** 05/08/13 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 06/06/13
**Period Ending:** 10/14/14　　　　　　　　　　　　　　　**Claims Bar Date:** 09/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 612 Kingston Drive, Romeoville, IL 60446<br>Imported from original petition Doc# 1 | 90,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking - PNC Bank<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Work Related Injury Case against Employer BNSF F<br>Imported from original petition Doc# 1 | Unknown | 27,562.00 | | 53,000.00 | FA |
| 6 | Settled Auto Accident Case stemming from May 5,<br>Imported from original petition Doc# 1 | 15,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 Ford F-150<br>Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$119,500.00** | **$27,562.00** | | **$53,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　SETTLEMENT FUNDS RECEIVED 1/3/14; EXEMPTION TO DEBTOR PAID, LIENHOLDER AND SPECIAL COUNSEL PAID; RESOLVING CLAIM ISSUES AND PREPARING FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2014　　　　**Current Projected Date Of Final Report (TFR):**　　July 22, 2014　(Actual)

Printed: 10/14/2014 11:50 AM　　V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-19616
**Case Name:** MICHALEK, STEVEN B
**Taxpayer ID #:** **-***2516
**Period Ending:** 10/14/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******1266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/14 | {5} | LAW OFFICES OF JOHN J MALM PC - TRUST ACCOUNT | SETTLEMENT PAYMENT | 1129-000 | 53,000.00 | | 53,000.00 |
| 01/17/14 | 101 | JOHN J. MALM & ASSOCIATES | CONTINGENT FEE & COSTS TO SPECIAL COUNSEL | | | 17,964.54 | 35,035.46 |
| | | | FEES TO SPECIAL COUNSEL            17,664.90 | 3210-600 | | | 35,035.46 |
| | | | EXPENSES                              299.64 | 3220-610 | | | 35,035.46 |
| 01/17/14 | 102 | INGENIX SUBROGATION SERVICES | PLAN #000023000/FILE NO. 15333143;PAYMENT OF LIEN | 4210-000 | | 13,000.00 | 22,035.46 |
| 01/17/14 | 103 | STEVEN MICHALEK | EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 7,035.46 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.30 | 6,977.16 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.24 | 6,964.92 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,954.92 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.66 | 6,944.26 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,934.26 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,924.26 |
| 09/03/14 | 104 | Law Offices of William J. Factor | Dividend paid 100.00% on $2,350.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 2,350.00 | 4,574.26 |
| 09/03/14 | 105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $4,000.00, Trustee Compensation;  Reference: | 2100-000 | | 4,000.00 | 574.26 |
| 09/03/14 | 106 | Law Offices of William J. Factor | Dividend paid 100.00% on $21.40, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 21.40 | 552.86 |
| 09/03/14 | 107 | Discover Bank | Dividend paid  6.83% on $3,266.67; Claim# 1; Filed: $3,266.67; Reference: | 7100-000 | | 223.34 | 329.52 |
| 09/03/14 | 108 | Capital One Bank (USA), N.A. | Dividend paid  6.83% on $938.09; Claim# 3; Filed: $938.09; Reference: | 7100-000 | | 64.13 | 265.39 |
| 09/03/14 | 109 | Quantum3 Group LLC as agent for | Dividend paid  6.83% on $1,106.17; Claim# 4; Filed: $1,106.17; Reference: | 7100-000 | | 75.62 | 189.77 |
| 09/03/14 | 110 | Sterling Jewelers | Dividend paid  6.83% on $2,775.78; Claim# 5; Filed: $2,775.78; Reference: | 7100-000 | | 189.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 53,000.00 | 53,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 53,000.00 | 53,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$53,000.00** | **$38,000.00** | |

{} Asset reference(s)

Printed: 10/14/2014 11:50 AM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-19616  
**Case Name:** MICHALEK, STEVEN B

**Taxpayer ID #:** **-***2516  
**Period Ending:** 10/14/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 53,000.00<br>Less Payments to Debtor : 15,000.00<br>Net Estate : $38,000.00 | | | | | |

|  | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # ******1266 | | 53,000.00 | 38,000.00 | 0.00 |
| | | $53,000.00 | $38,000.00 | $0.00 |

{} Asset reference(s)

Printed: 10/14/2014 11:50 AM    V.13.15